in the consideration or decision of this application. *Fred N. Oliver, Michael F. McCarthy* and *Willard P. Scott* for petitioners. *Leonard A. Pierce* for the Portland Railroad Co. et al., respondents.

No. 222. ROBINSON *v.* UNITED STATES; and

No. 223. BLEKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 241. BEETS *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. *Howard F. McCue* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for respondent.

No. 247. GIBSON *v.* INTERNATIONAL FREIGHTING CORP. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Rowland C. Evans, Jr.* and *Thomas E. Byrne, Jr.* for respondent.

No. 261. COBB *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. *Robert Ash* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Stanley M. Silverberg, Ellis N. Slack, Lee A. Jackson* and *L. W. Post* for respondent.

No. 73, Misc. CARTER *v.* FORRESTAL, SECRETARY OF NATIONAL DEFENSE, ET AL. The motion to extend the time to file petition for writ of certiorari is denied. Petition for writ of certiorari to the United States Court of Ap-